Filed          19-CI-008001    12/20/2019      David L. Nicholson, Jefferson Circuit Clerk
04/20/2020 09:15:20 AM
EMJensen@KopkaLaw.com

CASE NO. _____            JEFFERSON CIRCUIT COURT
                               DIVISION _____
                               JUDGE _____


SEAN BROWN                                              PLAINTIFF

*v.*                    **COMPLAINT**
                  **ELECTRONICALLY FILED**

PHILLIP A. COTTON
922 NEW BUFFALO ROAD CMN
LEBANON, MISSOURI 65536-9633

        SERVE:  OFFICE OF THE SECRETARY OF STATE
                SUMMONS BRANCH
                700 CAPITOL AVENUE, SUITE 86
                FRANKFORT, KENTUCKY 40601-3475


AND

WEO TRUCKS, LLC
15118 EDISON ROAD
LEBANON, MISSOURI 65536-8016

AGENT:          MARY GIG BARBER
                15118 EDISON ROAD
                LEBANON, MISSOURI  65536

        SERVE:  OFFICE OF THE SECRETARY OF STATE
                SUMMONS BRANCH
                700 CAPITOL AVENUE, SUITE 86
                FRANKFORT, KENTUCKY 40601-3475


AND

TRANSCORR VENTURE LOGISTICS
1101 HARDING CT.
INDIANAPOLIS, IN 46217

        SERVE:  OFFICE OF THE SECRETARY OF STATE
                SUMMONS BRANCH
                700 CAPITOL AVENUE, SUITE 86
                FRANKFORT, KENTUCKY 40601-3475        DEFENDANTS

Presiding Judge: HON. JUDITH MCDONALD BURKMAN (630153)

COM : 000001 of 000006

Filed          19-CI-008001    12/20/2019    David L. Nicholson, Jefferson Circuit Clerk

FILED DOCUMENT
04/20/2020 09:15:20 AM
EMJensen@KopkaLaw.com

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Comes now the Plaintiff, Sean Brown, by counsel, and for his cause of action against the Defendants, Phillip A. Cotton and WEO Trucks LLC, and Transcorr Venture Logistics states the following:

## <u>PARTIES AND JURISDICTIONAL ALEGATIONS</u>

1.      The Plaintiff, Sean Brown, is a citizen and resident of Jefferson County, Kentucky;

2.      That, upon information and belief, the Defendant, Phillip A. Cotton, is a citizen and resident of Laclede County, Missouri residing at 922 New Buffalo Road, CMN, Lebanon, Missouri 65536-9633;

3.      That, at the time of the automobile collision described herein, the Defendant, Phillip A. Cotton, was a nonresident operator of a motor vehicle.   In accordance with KRS 188.020, as a nonresident operator of a motor vehicle who accepted the privilege extended by the laws of the Commonwealth of Kentucky to operate a motor vehicle within this state, the Defendant, Phillip A. Cotton, has made the Secretary of State the agent of himself or his personal representative for the service of process in any civil action instituted in the courts of this state against the operator arising out of or by reason of any accident or collision or damage occurring within this state in which the motor vehicle is involved.  The Defendant, Phillip A. Cotton, will be served at 922 New Buffalo Road, CMN, Lebanon, Missouri 65536-9633 through the Kentucky Office of the Secretary of State, Summonses

Presiding Judge: HON. JUDITH MCDONALD BURKMAN (630153)

COM : 000002 of 000006

Filed          19-CI-008001    12/20/2019      David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
                                                                    04/20/2020 09:15:20 AM
                                                                    EMJensen@KopkaLaw.com

Branch, The Capitol Building, 700 Capitol Avenue, Suite 86, Frankfort, Kentucky 40601;

4.      That the Defendant, WEO Trucks LLC, is a Missouri Limited Liability Company not authorized to do business in the Commonwealth of Kentucky with a principal office located at 15118 Edison Road, Lebanon, Missouri 65536-8016, Louisville, Jefferson County, Kentucky 40201-0185.  The Defendant, WEO Trucks LLC, will be served at 15118 Edison Road, Lebanon, Missouri 65536-8016 through the Kentucky Office of the Secretary of State, Summonses Branch, The Capitol Building, 700 Capitol Avenue, Suite 86, Frankfort, Kentucky 40601;

5.      That the Defendant, Transcorr Venture Logistics, is an Indiana Limited Liability Company not authorized to do business in the Commonwealth of Kentucky with a principal office located at 1101 Harding Court, Indianapolis, Indiana 46217. The Defendant, Transcorr Venture Logistics will be served through their registered agent, Corporation Service Company, 135 North Pennsylvania Street, Suite 1610, Indianapolis, Indiana through the Kentucky Office of the Secretary of State, Summonses Branch, The Capitol Building, 700 Capitol Avenue, Suite 86, Frankfort, Kentucky 40601.

6.      That all damages complained of herein exceed the jurisdiction requirements of this Court;

7.      That this Court has jurisdiction over the parties and the subject matter and venue is proper in this Court;

Presiding Judge: HON. JUDITH MCDONALD BURKMAN (630153)

COM : 000003 of 000006

Filed          19-CI-008001     12/20/2019      David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
                                                                          04/20/2020 09:15:20 AM
                                                                          EMJensen@KopkaLaw.com

## COUNT I: ALLEGATIONS OF NEGLICENCE AGAINST
## THE DEFENDANT, PHILLIP A. COTTON

8.      The Plaintiff, Sean Brown, adopts and reiterates each and every allegation as if set forth fully herein and incorporates same by reference;

9.      That at the time of his injury the Plaintiff, Sean Brown, was exercising due care for his own safety;

10.     That the Defendant, Phillip A. Cotton, had a duty to operate his vehicle in a careful manner, with regard for the safety and convenience of pedestrians and other vehicles upon the highway;

11.     That on or about August 23, 2018, on a public road in Jefferson County, Kentucky, the Defendant, Phillip A. Cotton, was negligent in one or more of the factors of ownership, maintenance, use, operation, or control of his motor vehicle;

12.     That the negligence of the Defendant, Phillip A. Cotton, was a direct and substantial factor in causing damage to the motor vehicle being operated by the Plaintiff, Sean Brown;

13.     That the negligence of the Defendant, Phillip A. Cotton, was the direct and proximate cause of physical, emotional, and financial injuries suffered by the Plaintiff, Sean Brown, including the following:

        a.      Mental and physical pain and suffering both of a temporary and permanent nature all to his damage in a sum to be determined by a jury sitting in the trial of this matter;

        b.      The expenditure of sums of money for hospital, medical and other rehabilitation expenses and will be caused to expend such sums of

Presiding Judge: HON. JUDITH MCDONALD BURKMAN (630153)

COM : 000004 of 000006

FILED DOCUMENT
04/20/2020 09:15:20 AM
EMJensen@KopkaLaw.com

money in the future in an amount to be determined by a jury sitting in the trial of this matter;

c.      Loss of the Plaintiff's ability to lead and enjoy a normal life, all to his damage, in a sum to be determined by a jury sitting in the trial of this matter; and

d.      Lost wages and impairment of his ability to earn income in a sum to be determined by a jury sitting in the trial of this matter;

## COUNT II: RESPONDEAT SUPERIOR

14.      The Plaintiff, Sean Brown, adopts and reiterates each and every allegation as if set forth fully herein and incorporates same by reference;

15.      That on that date and at that place set forth above, the Defendant, Phillip A. Cotton, was the employee, agent, servant, and/or statutory employee of the Defendant, WEO Trucks LLC and/or Transcorr Venture Logistics, and was acting within the course and scope of his employment, thereby causing WEO Trucks LLC and/or Trancorr Venture Logistics to be vicariously liable for any negligence of Phillip A. Cotton under the legal doctrine of *respondeat superior*.

**WHEREFORE**, the Plaintiff, Sean Brown, demands judgment against the Defendant, Phillip A. Cotton, WEO Trucks LLC and Transcorr Venture Logistics, as follows:

1.      A trial by jury on all issues of fact herein;

2.      Compensatory damages against the Defendants, Sean Brown, WEO Trucks LLC and Transcorr Venture Logistics, in a fair and reasonable amount to be

Filed          19-CI-008001   12/20/2019          David L. Nicholson, Jefferson Circuit Clerk

FILED DOCUMENT
04/20/2020 09:15:20 AM
EMJensen@KopkaLaw.com

determined by a jury sitting at the trial of this matter, but in an amount sufficient to

confer jurisdiction on this Court;

     3.     For prejudgment interest from the date of the injuries of the Plaintiff,

Sean Brown, until such time the judgment is paid;

     4.     For Plaintiff's costs herein expended; and

     5.     For any and all other relief to which the Plaintiff is entitled.

     **RESPECTFULLY** submitted this 20th day of December, 2019.


     */s/ Danielle R. Blandford*
     Danielle Reesor Blandford, Esq.
     **MORGAN & MORGAN**
     420 West Liberty Street, Suite 260
     Louisville, KY 40202-3048
     Telephone: (502) 912-5952
     Facsimile:   (502) 912-6451
     dblandford@forthepeople.com
     *Attorney for the Plaintiff, Sean Brown*

Presiding Judge: HON. JUDITH MCDONALD BURKMAN (630153)

COM : 000006 of 000006



NOT ORIGINAL DOCUMENT
04/20/2020 09:19:35 AM
EMJensen@KopkaLaw.com

**Commonwealth of Kentucky**
**David L. Nicholson, Jefferson Circuit Clerk**

| | |
|---|---|
| **Case #:** 19-CI-008001 | **Envelope #:** 2119694 |
| **Received From:** DANIELLE BLANDFORD | **Account Of:** DANIELLE BLANDFORD |
| **Case Title:** BROWN, SEAN VS. COTTON, PHILLIP, ET AL | **Confirmation Number:** 102679330 |
| **Filed On** 12/20/2019  11:09:15AM | |

| # | Item Description | Amount |
|---|---|---|
| 1 | Access To Justice Fee | $20.00 |
| 2 | Civil Filing Fee | $150.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Library Fee | $3.00 |
| 5 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 6 | Charges For Services(Jury Demand / 12) | $70.00 |
| 7 | Money Collected For Others(Postage) | $50.20 |
| 8 | Money Collected For Others(Secretary of State) | $40.00 |
| 9 | Charges For Services(Copy - Photocopy) | $6.40 |
| 10 | Charges For Services(Attestation) | $0.50 |
| 11 | Money Collected For Others(Postage) | $25.10 |
| 12 | Money Collected For Others(Secretary of State) | $30.60 |
| 13 | Charges For Services(Copy - Photocopy) | $3.20 |
| 14 | Charges For Services(Attestation) | $0.50 |
| | **TOTAL:** | $424.50 |

NOT ORIGINAL DOCUMENT
04/20/2020 09:18:39 AM
EMJensen@KopkaLaw.com



| AOC-E-105 | Sum Code: CI |
|---|---|
| Rev. 9-14 | |

Commonwealth of Kentucky
Court of Justice    Courts.ky.gov

CR 4.02; Cr Official Form 1

**CIVIL SUMMONS**

Case #: **19-CI-008001**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

---

*Plantiff,* **BROWN, SEAN VS. COTTON, PHILLIP, ET AL**, *Defendant*

TO: **CORPORATION SERVICE COMPANY**
    **135 NORTH PENNSYLVANIA STREET**
    **SUITE 1610**
    **INDIANAPOLIS, IN 46204**

Memo: Related party is TRANSCORR VENTURE LOGISTICS

The Commonwealth of Kentucky to Defendant:
**TRANSCORR VENTURE LOGISTICS**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nicholson*

Jefferson Circuit Clerk
Date: **12/20/2019**

*Presiding Judge: HON. JUDITH MCDONALD BURKMAN (630153)*

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

*CI : 000001 of 000001*

Summons ID: @00000933593
CIRCUIT: 19-CI-008001 Long Arm Statute – Secretary of State
BROWN, SEAN VS. COTTON, PHILLIP, ET AL



Page 1 of 1

**eFiled**

NOT ORIGINAL DOCUMENT
04/20/2020 09:17:40 AM
EMJensen@KopkaLaw.com

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | Case #: **19-CI-008001**<br>Court: **CIRCUIT**<br>County: **JEFFERSON Circuit** |

_Plantiff,_ **BROWN, SEAN VS. COTTON, PHILLIP, ET AL**, _Defendant_

TO:  **MARY GIG BARBER**

   **15118 EDISON ROAD**

   **LEBANON, MO 65536**

Memo: Related party is WEO TRUCKS, LLC

The Commonwealth of Kentucky to Defendant:
**WEO TRUCKS, LLC**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

_Davis L. Nicholson_

Jefferson Circuit Clerk
Date: **12/20/2019**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____        _____

                                Served By

                        _____

                                Title

---

Summons ID: @00000933591
CIRCUIT: 19-CI-008001 Long Arm Statute – Secretary of State
BROWN, SEAN VS. COTTON, PHILLIP, ET AL



Page 1 of 1

_Presiding Judge: HON. JUDITH MCDONALD BURKMAN (630153)_

_CI : 000001 of 000001_

**eFiled**

NOT ORIGINAL DOCUMENT
04/20/2020 09:15:47 AM
EMJensen@KopkaLaw.com

| | |
|---|---|
| AOC-E-105<br>Rev. 9-14 | Sum Code: CI |
| Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov | |
| CR 4.02; Cr Official Form 1 | |



**CIVIL SUMMONS**

Case #: **19-CI-008001**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

---

*Plaintiff*, **BROWN, SEAN VS. COTTON, PHILLIP, ET AL**, *Defendant*

TO: **PHILLIP COTTON**
**922 NEW BUFFALO ROAD CMN**
**LEBANON, MO 65536**

The Commonwealth of Kentucky to Defendant:

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nicholson*

Jefferson Circuit Clerk
Date: **12/20/2019**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

    Date: _____, 20 _____

_____
Served By

_____
Title

---

Summons ID: @00000933588
CIRCUIT: 19-CI-008001 Long Arm Statute – SOS - Restricted Delivery
BROWN, SEAN VS. COTTON, PHILLIP, ET AL



Page 1 of 1

*Presiding Judge: HON. JUDITH MCDONALD BURKMAN (630153)*

*CI : 000001 of 000001*

**eFiled**

NOT ORIGINAL DOCUMENT
04/20/2020 09:17:02 AM
EMJensen@KopkaLaw.com

| AOC-E-105 | Sum Code: CI | | Case #: **19-CI-008001** |
|---|---|---|---|

AOC-E-105    Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice    *Courts.ky.gov*

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #: **19-CI-008001**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

---

*Plantiff,* **BROWN, SEAN VS. COTTON, PHILLIP, ET AL**, *Defendant*

TO: **TRANSCORR VENTURE LOGISTICS**
**1101 HARDING CT.**
**INDIANAPOLIS, IN 46217**

Memo:  Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nicholm*

Jefferson Circuit Clerk
Date: **12/20/2019**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

    Date: _____, 20_____

    _____
    Served By

    _____
    Title

---

Summons ID: @00000933590
CIRCUIT: 19-CI-008001 Long Arm Statute – Secretary of State
BROWN, SEAN VS. COTTON, PHILLIP, ET AL



Presiding Judge: HON. JUDITH MCDONALD BURKMAN (630153)

CI : 000001 of 000001

**eFiled**

Page 1 of 1

NOT ORIGINAL DOCUMENT
04/20/2020 09:16:30 AM
EMJensen@KopkaLaw.com



AOC-E-105      Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      *Courts.ky.gov*

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #: **19-CI-008001**
Court:  **CIRCUIT**
County: **JEFFERSON Circuit**

---

*Plantiff,* **BROWN, SEAN VS. COTTON, PHILLIP, ET AL**, *Defendant*

TO:  **WEO TRUCKS, LLC**
     **15118 EDISON ROAD**
     **LEBANON, MO 65536**

Memo:  Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Davis L. Nicholson

Jefferson Circuit Clerk
Date: **12/20/2019**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20 _____

   _____
                                             Served By

   _____
                                             Title

---

Summons ID: @00000933589
CIRCUIT: 19-CI-008001 Long Arm Statute – Secretary of State
BROWN, SEAN VS. COTTON, PHILLIP, ET AL



Page 1 of 1

*Presiding Judge: HON. JUDITH MCDONALD BURKMAN (630153)*

*CI : 000001 of 000001*

**eFiled**

Filed        19-CI-008001   01/23/2020   David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
04/20/2020 09:20:00 AM
EMJensen@KopkaLaw.com

NO. 19-CI-008001                           JEFFERSON CIRCUIT COURT
                                                DIVISION ELEVEN (11)
                                                HON. BRIAN EDWARDS


SEAN BROWN                                              PLAINTIFF

V.

PHILLIP COTTON

AND

WEO TRUCKS, LLC                                        DEFENDANTS

---

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### AS TO WEO TRUCKS, LLC

---

Plaintiff, Sean Brown, by and through counsel, herein files notice of voluntary dismissal as to the named Defendant, WEO Trucks, LLC. This notice does not, nor is intended to, dismiss any claims or causes of action against the remaining named Defendants.

This the 22nd day of January 2020

Respectfully submitted

*/s/ Danielle R. Blandford*
DANIELLE R. BLANDFORD
Morgan & Morgan, Kentucky PLLC
420 West Liberty Street, Suite 260
Louisville, KY 40202
Telephone: (502) 912-5955
Facsimile: (502) 912-5944
dblandford@forthepeople.com
Attorney for the Plaintiff

Filed        19-CI-008001   01/23/2020   David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
04/20/2020 09:20:00 AM
EMJensen@KopkaLaw.com

## CERTIFICATE OF SERVICE

It is hereby certified that on this the 11TH  day of October, 2019, I electronically filed the foregoing with the Clerk of the Court by using the Kentucky Court of Justice eFiling System, which will send notices of electronic filing, or transmitted via USPS First Class Mail or electronic mail, to the following:

Phillip Cotton
922 New Buffalo Road CMN
Lebanon, Missouri 65536-9633

And

WEO Trucks, LLC
15118 Edison Road
Lebanon, Missouri 65536-8016

And

Eric Jenson
KOPKA PINKUS DOLIN PC
462 South Fourth Street, Suite 101
Louisville, KY 40202
Telephone: 502-785-2818
Email: emjenson@kopalaw.com

/s/ Danielle R. Blandford
DANIELLE R. BLANDFORD.

Filed          19-CI-008001    02/07/2020        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
04/20/2020 09:20:51 AM
EMJensen@KopkaLaw.com

NO. 19-CI-008001                                    **JEFFERSON CIRCUIT COURT**

**DIVISION NINE (9)**

**HON. JUDITH McDONALD-BURKMAN**

*Electronically Filed*

**SEAN BROWN**                                                      **PLAINTIFF**

## ANSWER
**v.**                                    **OF DEFENDANTS,**
**VENTURE LOGISTICS, LLC, AND PHILLIP A. COTTON**

**PHILLIP A. COTTON,**                                            **DEFENDANTS**
**and**
**TRANSCORR VENTURE LOGISTICS,**
**and**
**WEO TRUCKS, LLC**

\* \* \*

Defendants, Venture Logistics, LLC ("Venture Logistics") (incorrectly named herein by Plaintiff as "TransCorr Venture Logistics"), and Phillip A. Cotton ("Cotton") (collectively "Defendants), by counsel, state as follows for their Answer to the Complaint herein of Plaintiff, Sean Brown ( "Plaintiff"):

### First Defense

1.        With regard to the matters set forth in Paragraph 1 of Plaintiff's Complaint, Defendants are, at present, without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, accordingly, the same are deemed denied by operation of CR 8.02.

ANS : 000001 of 000007

Filed        19-CI-008001   02/07/2020        David L. Nicholson, Jefferson Circuit Clerk

04/20/2020 09:20:51 AM
EMJensen@KopkaLaw.com

2.    With regard to the matters set forth in Paragraph 2 of Plaintiff's Complaint, Defendants, based upon current knowledge, information, and belief, admit the allegations contained therein.

3.    The allegations contained in Paragraph 3 of Plaintiff's Complaint constitute legal conclusions and thus do not require a response.  If a response were ever required of them, Defendants would deny all allegations contained therein.

4.    With regard to the matters set forth in Paragraph 4 of Plaintiff's Complaint, Defendants are, at present, without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, accordingly, the same are deemed denied by operation of CR 8.02.

5.    With regard to the matters set forth in Paragraph 5 of Plaintiff's Complaint, Defendants deny all allegations with regard to the incorrectly named "TransCorr Venture Logistics."  Defendants go on, however, to state that Venture Logistics, LLC, is in fact an Indiana limited liability company with its headquarters/nerve center located in Indianapolis, Indiana.

6.    The allegations contained in Paragraphs 6 and 7 of Plaintiff's Complaint constitute legal conclusions and thus do not require a response.  If a response were ever required of them, Defendants would deny all allegations contained therein.

7.    With regard to the matters set forth in Paragraph 8 of Plaintiff's Complaint, Defendants restate and incorporate, as if fully rewritten herein, the entire contents above of Paragraphs 1 through 6 of this Answer.

8.    The allegations contained in Paragraphs 9, 10, 11, 12, 13 (and all subparagraphs thereof) of Plaintiff's Complaint constitute legal conclusions and thus do not require a response. If a response were ever required of them, Defendants would deny all allegations contained therein.

ANS : 000002 of 000007

Filed          19-CI-008001    02/07/2020          David L. Nicholson, Jefferson Circuit Clerk    NOT ORIGINAL DOCUMENT
04/20/2020 09:20:51 AM
EMJensen@KopkaLaw.com

9.      With regard to the matters set forth in Paragraph 14 of Plaintiff's Complaint, Defendants restate and incorporate, as if fully rewritten herein, the entire contents above of Paragraphs 1 through 8 of this Answer.

10.      The allegations contained in Paragraph 15 of Plaintiff's Complaint constitute legal conclusions and thus do not require a response.  If a response were ever required of them, Defendants would deny all allegations contained therein.

11.      Defendants go on to deny all allegations not specifically admitted by them above in Paragraphs 1 through 10 of this Answer.

## Second Defense

Plaintiff's Complaint fails to state a claim upon which relief can be granted and is therefore subject to dismissal, with prejudice to refiling.

## Third Defense

The incident described in Plaintiff's Complaint and the injuries or damages claimed by Plaintiff, if any, were substantially or solely caused by the contributory or comparative negligence of Plaintiff and/or other parties or nonparties over whom Defendants had no control and thus no responsibility or liability.

## Fourth Defense

The damages and injuries claimed by Plaintiff, if any, were caused or brought about, if at all, by the active and primary negligence, or the intervening and superseding negligence or acts, of other parties (including but not limited to Plaintiff) and nonparties over whom Defendants had no control and for whom they thus has no liability.

ANS : 000003 of 000007

Filed          19-CI-008001    02/07/2020          David L. Nicholson, Jefferson Circuit Clerk

Filed          19-CI-008001    02/07/2020              David L. Nicholson, Jefferson Circuit Clerk

PRESIDING DOCUMENT
04/20/2020 09:20:51 AM
EMJensen@KopkaLaw.com

## Fifth Defense

Defendants were not a substantial factor in bringing about the incident alleged and/or the injuries alleged in Plaintiff's Complaint.

## Sixth Defense

Plaintiff's demand for pre-judgment interest is inappropriate and, in any event, cannot be established by competent proof and must therefore be denied in whole.

## Seventh Defense

Plaintiff's claims are barred, in whole or in part, by each and every defense available to Defendants under Kentucky's MVRA (KRS 304.39-101, *et seq.*), as well as every defense available to them under federal and state trucking legislation, laws, and regulations.

## Eighth Defense

To the extent that any person or entity has paid any amount to or on behalf of Plaintiff as the result of the injuries or damages claimed in the Complaint and has not been properly notified of its subrogation rights pursuant to KRS 411.188, Plaintiff's Complaint is barred. In the alternative, Plaintiff is precluded from recovering the amount of the benefits subject to subrogation rights, and evidence of payments made on behalf of Plaintiff is admissible.  To the extent such payments were made, Plaintiff is not "the real party in interest," and Defendants reserve each and every defense, credit, offset, and deduction provided by law.

## Ninth Defense

Plaintiff had, and still has, an affirmative duty to mitigate damages; accordingly, as to damages claimed, if any, those must be reduced to the extent Plaintiff has failed to mitigate the same.

ANS : 000004 of 000007

Filed          19-CI-008001    02/07/2020              David L. Nicholson, Jefferson Circuit Clerk

Filed          19-CI-008001    02/07/2020          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
04/20/2020 09:20:51 AM
EMJensen@KopkaLaw.com

### Tenth Defense

Any liability for Plaintiff's damages – a part or share in any such liability being hereby fully denied by Defendants – must be apportioned among all those found at fault by a jury.

### Eleventh Defense

Plaintiff's claims are barred on the ground that he has failed to join an indispensable party (or parties), without whom complete relief cannot be accorded among those already parties to the action.

### Twelfth Defense

Plaintiff failed to plead special damages with specificity as required by CR 9.06; accordingly, any and all claims for special damages, if any, are therefore barred.

### Thirteenth Defense

Depending on how proof unfolds during pretrial discovery, Plaintiff's claims are barred by the doctrines of last clear chance, unavoidable accident, sudden emergency, assumption of the risk, contributory/comparative fault, as well as statute of limitations, payment, release, accord and satisfaction, failure of conditions precedent, waiver, estoppel, laches, spoliation of evidence, lack of personal jurisdiction, lack of standing and/or improper venue.  (Defendants hereby reserve the right to assert additional affirmative defenses under CR 8.03, if the factual predicate therefor emerges during the course of pretrial discovery or at trial.)

### Fourteenth Defense

Defendants plead lack of and/or improper service of process as a complete defense to the claims asserted in Plaintiff's Complaint.

ANS : 000005 of 000007

Filed          19-CI-008001    02/07/2020          David L. Nicholson, Jefferson Circuit Clerk

Filed            19-CI-008001     02/07/2020            David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
04/20/2020 09:20:51 AM
EMJensen@KopkaLaw.com

## Fifteenth Defense

Defendants reserve the right to assert additional affirmative defenses and to file additional pleadings herein, including counterclaims, cross-claims and/or third-party claims, as the proof develops during the course of pretrial discovery or at any point during the trial of this matter.

**WHEREFORE,** Defendants, Venture Logistics, LLC, and Phillip A. Cotton, respectfully demand as follows:

1.      Dismissal of Plaintiff's Complaint, with prejudice to refiling, or, in the alternative, entry of judgment in Defendants' favor;

2.      Recovery of costs expended and attorney's fees incurred by Defendants in having to defend against Plaintiff's Complaint, where allowed by law;

3.      Indemnity, contribution, offset and/or apportionment of fault, where appropriate;

4.      A trial by jury on all issues so triable; and

5.      Any and all other relief to which it is deemed entitled, at law or in equity.


Respectfully submitted,

**KOPKA PINKUS DOLIN PC**

*/s/ Eric M. Jensen*
Eric M. Jensen
462 South Fourth Street, Suite 101
Louisville, KY  40202
(502) 785-2818
emjensen@kopkalaw.com
*Counsel for Defendants,*
  *Venture Logistics, LLC, and Phillip A. Cotton*

ANS : 000006 of 000007

-6-

Filed        19-CI-008001    02/07/2020        David L. Nicholson, Jefferson Circuit Clerk

04/20/2020 09:20:51 AM
EMJensen@KopkaLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Answer was on this 7th day of February, 2020, electronically filed with the Clerk of the Jefferson Circuit Court via the electronic-filing system in place there, which will electronically serve a copy upon all counsel of record entitled to same.

*/s/ Eric M. Jensen*
Eric M. Jensen
*Counsel for Defendants,*
  *Venture Logistics, LLC, and Phillip A. Cotton*

Filed        19-CI-008001    02/07/2020        David L. Nicholson, Jefferson Circuit Clerk

ANS : 000007 of 000007